Overton, J
 

 delivered the following opinion of the court.
 

 This a is bill for discovery and relief, to which Stephens has demurred because the complainant has filed no affidavit with his bill.
 

 Where the object a bill is to contents of a paper alledged to be lost, or in the hands of the defendant, and after such discovery to have a decree for the amount due the complainant, an affidavit ought to be filed with the bill ; because, if the paper was in the complainants own possession, his remedy upon it would be at law ; and as the complainant wishes in equity that relief, which, except for the loss of the paper, he would be entitled to at law, he ought to reader it probable, by his affidavit, that he had in truth lost the possession of the evidence of his right, as is represen
 
 *261
 
 ted in his bill. If the bill sought a discovery only. the affidavit would be unnecessary. As there is no
 
 affidavit,
 
 the demurrer must be allowed. 1 Ver. 180. Miftd. 112 3rd. Atk. 1
 
 7.
 
 132, Hy. ch. 155. 1 P. Wms. 541, 1 Ver. 342.